UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN SANTIAGO,

    Plaintiff,

v.                                      Case No. 5:17cv74-TKW-EMT

CAPTAIN BARBER, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 19). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determination that all of the claims asserted by Plaintiff in the amended complaint (Doc. 13) fail to state a claim upon which relief may be granted, except for the Eighth Amendment excessive force claim against Defendant Dikes.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. The following claims are **DISMISSED with prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief may be granted:

   a. Eighth Amendment claim against Defendant Barber;

   b. Fourth and Fourteenth Amendment claims against all Defendants; and

   c. All claims against Defendant Profitt.

3. The case is remanded to the magistrate judge for further proceedings on the Eighth Amendment excessive force claim against Defendant Dikes.

**DONE and ORDERED** this 23rd day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**