UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDWIN SANTIAGO,**

    **Plaintiff,**

**v.**                                       **Case No. 5:17cv74-TKW-EMT**

**OFFICER DIKES,**

    **Defendant.**

                                            /

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 26). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed for lack of service under Fed. R. Civ. P. 4(m) because, despite being ordered to do so (*see* Doc. 25), Plaintiff has not provided the Court sufficient information to effectuate service on Defendant. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**